UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Alonzo Teal, § § § Plaintiff, § VS. § Kraft Foods Global, Inc. § and § Kraft Nabisco, § § Defendants. § | CIVIL ACTION NO. H-05-3513 |

## MEMORANDUM AND ORDER

Plaintiff's motion requesting a court-appointed attorney, Docket No. 2, is hereby **DENIED WITHOUT PREJUDICE TO REFILING**. If Plaintiff wishes to refile the motion, he should confer with Defendant as to whether Defendant opposes the motion and should include with the motion a certificate of conference and a certificate of service.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 2nd day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.